# TEMPORARY COMMITMENT

| United States District Court | DISTRICT New Jersey |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JAMES ROBINSON | DOCKET NO.<br><br>CRIMINAL CASE NO.<br>09-734 DMC |

The above named defendant was arrested upon the complaint of USA

charging a violation of supervised release

| DISTRICT OF OFFENSE<br>New Jersey | DATE OF OFFENSE<br>4/16/12 |
|---|---|

**DESCRIPTION OF CHARGES:**

VIOLATION OF SUPERVISED RELEASE

**BOND IS FIXED AT**
$   Detained

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

July 12, 2012
Date

_United States Judge or Magistrate_

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |